533 Pa. 319 (1993)
623 A.2d 321
ZINC CORPORATION OF AMERICA, Appellant,
v.
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES.
Supreme Court of Pennsylvania.
Argued April 6, 1993.
Decided April 30, 1993.
John N. Moore, Paul E. Gutermann, pro hac vice, Washington, DC, for appellant.
Dennis W. Strain, Roger E. Kluck, Harrisburg, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER
PER CURIAM:
Order affirmed.